IN THE

UNITED STATES DISTRICT COURT OF

_Beckley_, _West Virginia_.,

| | |
|---|---|
| JOHN ROBERT DEMOS, JR., ) | U.S.D.C. CASE NO: 5:10-0759 |
| (PLAINTIFF) ) | "ADMIRALTY COMPLAINT"-PURSUANT TO; |
| VS: ) | ART. 3-cl.2-SEC.1 OF THE U.S. CONSTITUTION, 28 USC 1331; 1332; 1353; 1362, 1491, 2464; 2680, 1873,1921; |
| THE UNITED STATES OF AMERICA., ) | 18 USC 1661, 114, 1363, 1201, 7, 1658, 1661, 1657, 1653; 22 USC 2349, 1936 AMC 408; 46 USCS APPX. SEC. 740; |
| (DEFENDANT) ) | F. CAS. NO. 12915; 46 USC 1836; 28 USC 1346(b); 1 USC 113; THE UNIFORM COMMERCIAL CODE; |

FILED MAY 20 2010
TERESA L. DEPPNER, CLERK
U.S. District Court
Southern District of West Virginia

TO: THE CLERK OF THE ABOVE STYLED COURT:

COMES NOW THE PLAINTIFF, JOHN ROBERT DEMOS, JR., WHO AVERS & DEPOSES THE FOLLOWING UNDER THE PAIN, AND PENALTY OF PERJURY:

THAT I AM OF LEGAL AGE, & SOUND MIND, A NATIVE AMERICAN, AND THAT I AM COMPETENT TO BE A DECLARANT HEREIN.

### 1: NATURE OF THE ACTION

THIS ACTION REVOLVES AROUND "CONTRACT", TREATY RIGHTS, WATER RIGHTS, COMMERCE, MARITIME NAVIGATION, "PIRACY", PROPERTY RIGHTS, AND INTERNATIONAL LAW: THIS ACTION CONCERNS A "FOREIGN INTERDICTION" INTO SOVEREIGNWATERS OF THE NATIVE AMERICANS BY "STATE ACTORS" UNDER THE GUISE OF "FEDERAL AUTHORITY", TO EFFECTUATE AN "ARREST", & ILLEGAL SEARCH & SEIZURE UPON THE PLAINTIFF'S PERSON.

THE DEFENDANT IN THIS ACTION IS THE UNITED STATES AS THE "ARREST" TOOK PLACE ON FEDERAL PROPERTY, RATHER THAN ON STATE PROPERTY, AND, THE ARREST COULD NOT HAVE BEEN CONSUMATED WITHOUT THE PRIOR APPROVAL & CONSENT OF THE UNITED STATES OF AMERICA.

(1).

GROUNDS FOR RELIEF

COUNT #1:

THE Vessel/ship/Ferry THAT I WAS PlAced AboArd WAs UNFiT FoR DeploymeNT, IT should hAvE been PlAced IN sTorAGE.

THE Vessel LeAked Oil, Which PolluTed THE WATeRs CreATiNG AN ENviRoNmeNTAl HAZARd.

TRAvel AboArd THE Vessel PlAcEd My HeAlTH ANd sAFETY AT Risk.

THE Vessel TRAveled THRu SovereiGN NATIVE AmeRiCAN WATeRs IN ViolATION OF TREATY.

A LoT oF My PERsoNAl PRopeRTY Which MAde uP THE FERRY's CARGo WAs LosT, or DAmAGed.

THERE WAs No FirsT Aid sTAtioN AboArd THE FeRRY IN THE EveNT OF AN EmeRGeNcY.

THE INcideNT Took PlAce ON OR AbouT 6-16-1997.

THE U.S. CoNsTiTuTioN AFFoRds speciAl PRoTecTIoN To All TReATy, PRopeRTY, & CommeRciAl RiGHTs;

2

## DOMILILE & DIVERSITY OF CITIZENSHIP

THE PLAINTIFF & THE DEFENDANTS RESIDE IN DIFFERENT STATES/TERRITORIES, & DISTRICTS:

PLAINTIFF;'S DOMICILE IS IN INDIANA COUNTRY:

THE RESIDENCE OF THE DEFENDANTS IS IN WASHINGTON, D.C.

THE DOMICILE OF THE DEFENDANTS IS "SPECULATIVE";

## DAMAGES & CLAIM FOR RELIEF

I SEEK ATTACHMENT;

I SEEK A JURY TRIAL;

I SEEK THE APPOINTMENT OF COUNSEL IN THIS COMPLAINT PURSUANT TO 25 USC SEC. 175;

I SEEK NOMINAL, PROXIMATE, PECUNIARY, EMOTIONAL & MENTAL, DECLARATORY, SPECIAL, MITIGATING, COMPENSATORY, AND TREBLE & ACTUAL DAMAGES IN THE AMMOUNT OF $ __/ Million__ DOLLARS:

I SEEK ANY, AND ALL OTHERRELIEF THAT THE COURT DEEMS TO BE NECESSARY & PROPER IN THIS MATTER.

I SEEK PRIORITY STATUS ON THE COURTS DOCKET:

3

## PARTIES INVOLVED

THE UNITED STATES ATTORNEY GENERAL

THE PRESIDENT OF THE UNITED STATES

THE U.S. TREASURY SECRETARY

THE U.S. SECRETARY OF STATE

THE U.S. SECRETARY OF LABOR

THE U.S. SECRETARY OF TRANSPORTATION

THE U.S. SECRETARY OF HOUSING & URBAN DEVELOPMENT

THE U.S. SECRETARY OF THE DEPT., OF INTERIOR;

THE U.S. SECRETARY OF THE DEPT., OF EDUCATION;

THE U.S. AGRICULTURE SECRETARY;

THE U.S. COMMERCE SECRETARY

THE U..S ENERGY SECRETARY

THE HEALTH & HUMAN SERVICES SECRETARY

MAILING ADDRESS OF THE DEFENDANTS NAMED HEREIN

PRESIDENT-THE WHITEHOUSE-1600 PENNSYLVANIA AVE-WASH, D.C. 20500

TREASURY SECRETARY-1500 PENNSYLVANIA AVE NW.-WASH, D.C. 20220

ENERGY SECRETARY-1000 INDEPENDENCE AVE S.W.-WASH, D.C. 20585

DEFENSE SECRETARY-1000 DEFENSE PENTAGON-WASH, D.C. 20301

HOUSING & URBAN DEVELOPMENT SECRETARY-451-7th STREET S.W. ROOM 1000-WASH, D.C. 20410

DEPT., OF HOMELAND SECURITY SECRETARY-WASH, D.C. 20528

THE U.S. ATTORNEY GENERAL-950 PENNSYLVANIA AVE N.W.-WASH, D.C. 20530

THE EDUCATION SECRETARY-400 MARYLAND AVENUE S.W.-WASH, D.C. 20202

THE LABOR SECRETARY-200 CONSTITUTION AVE N.W.-WASH, D.C. 20210

THE AGRICULTURE SECRETARY-14th & INDEPENDENCE AVE S.W.-WASH, D.C. 20250

THE COMMERCE SECRETARY-14th & CONSTITUTION AVE N.W. -WASH, D.C. 20230

THE SECRETARY OF HEALTH & HUMAN SERVICES-200 INDEPENDENCE AVE S.W. WASH, D.C. 20201

THE TRANSPORTATION SECRETARY-1200 JERSEY AVE S.W. WASH, D.C. 20590

## JURISDICTION OF THE COURT

10 USC 7652;

28 USC 1873;

46 USCS APPX. SEC. 740;

F. CAS. NO. 12915;

1936 AMC 408;

28 USC 1332;

28 USC 1333;

18 USC 1651, 1658, 1661, 1657, 1653, 1654;

22 USC 2349;

18 USC 661, 114, 1363, 1201,;

28 USC 2464, 1873, 2680, 2461;

FEDERAL RULE OF CIVIL PROCEDURE #9(h); ;' #9(n);

ART. 111-SEC. 2-CL. 1 OF THE U.S. CONSTITUTION;

46 USC 1836;

28 USC 1291;

28 USC 1346(b);

28 USC 1491;

28 USC 1331, 1353, & 1362;

28 USC 1921;

1 USC 113;

18 USC 7;

FEDERAL RULE OF CIVIL PROCEDURE #14;

THE PUBLIC VESSELS ACT/DOCTRINE;

THE ADMIRALTY ACT;

## MEMORANDA OF LAW IN SUPPORT

ART. 11-SEC. 2-CL. 1 OF THE U.S. CONSTITUTION;

3 U.S. 19;

22 U.S. 421;

256 U.S. 490;

7 U.S. 458;

5 U.S. 2;

248 U.S. 308;

64 U.S. 491;

16 U.S. 546;

256 U.S. 490;

6 U.S. 64;

54 U.S. 498;

1936 AMC 408;

74 U.S. 624;

274 U.S. 466;

$@350 U.S. 532;

274 U.S. 466;

71 U.S. 411;

183 U.S. 424;

FEDERAL RULE OF CIVIL PROCEDURE #20(a);

MEMORANDA OF LAW IN SUPPORT

ART. 11-SEC. 2-CL. 1 OF THE U.S. CONSTITUTION;

## CONCLUSION

IN CLOSING, I STATE THE FOLLOWING;

I AM ENTITLED TO RELIEF, AND I DEMAND RELIEF:

"JOHN ROBERT DEMOS, JR., IS THE "BOOTY & THE PRIZE" IN THIS COMPLAINT.

I ASK THAT THE COURT "ATTACH THE VESSEL" THAT WAS INVOLVED IN THIS BLATANT ACT OF PIRACY & TERRORISM.

AN ACT OF PIRACY ANYWHERE IS AN ACT OF PIRACY EVERYWHERE" *******

THE INJURY COMPLAINED OF WAS CONSUMATED ON LAND:

I INVOKE THE PERSONAL JURISDICTION, AND THE DIVERSITY JURISDICTION OF THE COURT.

MY ISSUES CONNECT (THERE IS A NEXUS) AS TO MARITIME LOCALITY, AND A SUBSTANTIAL MARITIME ACTIVITY:

MY ISSUES CONSTITUTE A SIGNIFICANT RELATIONSHIP TO TRADITIONAL MARITIME ACTIVITY TO SUPPORT THE FEDERAL COURTS ADMIRALTY JURISDICTION.

THE COURT HAS A DUTY TO DECIDE WHETHER THE LIABILITY AT STAKE IS ON THE COMMON LAW SIDE OF THE COURT, OR THE MARITIME LAW SIDE OF THE COURT.

UNDER THE "PERSONIFICATION THEORY", THE VESSEL ITSELF IS A "PERSON" WHO MAY INCUR DEBTS, OR COMMIT TORTS, 324 U.S,.215;

JURISDICTION IN PRIZE CASES EXTEND TO LAND, 188 U.S. 254;

/s/ John R. Demos
3/21/2010

John R. Demos #287455-H-3-A-25
Stafford Creek Correctional Center
191 Constantine Way
Aberdeen, Washington. 98520

c/o The Clerk of the Court
The U.S. District Court
Federal Building & U.S. Courthouse
P.O. Box 5009
Beckley, West Virginia.
25801

THIS WAS MAILED BY AN
OFFENDER CONFINED AT A
WASHINGTON STATE DEPARTMENT
OF CORRECTIONS FACILITY.
CONTENTS MAY BE UNCENSORED.